**Filed December 17, 2013.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-13-01029-CV
_____

## IN RE WILMA REYNOLDS, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**300th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 48170**

---

## ABATEMENT ORDER

On November 18, 2013, relator, Wilma Reynolds, filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. ' 22.221. Relator asked this Court to order the Honorable Daniel Sklar, assigned judge of the 300th District Court, Brazoria County, Texas, to set aside his November 14, 2013 order denying relator's motion to proceed to trial and final judgment in the bill of review proceeding in trial court cause number 48170, styled *In the Matter of the Marriage*

*of Wilma Reynolds and David Reynolds*.

Because the respondent has recused himself from trial court cause number 48170 in the 300th District Court, Brazoria County, Texas, we abate this mandamus proceeding to permit the newly assigned judge to reconsider the decision regarding relator's request for relief.  *See In re Blevins*, No. 12-0636, — S.W.3d —, 2013 WL 5878910 (Tex. Nov. 1, 2013) (orig. proceeding).  Therefore, this mandamus proceeding is abated for a period of thirty days from the date of this order, at which time the newly assigned judge of cause number 48170 in the 300th District Court, Brazoria County, Texas, shall advise the Court of the action taken on relator's request.  The Court will then consider a motion to reinstate or dismiss this proceeding, as appropriate.

It is so ORDERED.

PER CURIAM

Panel consists of Justices Christopher, Donovan, and Brown.